Adam S. Handler, Esq. (AH 3990)
Pollack, Pollack, Isaac & DeCicco, LLP
250 Broadway, Suite 600
New York, NY 10007
(212) 608-3734
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROSEMARIE GOODALL, CHRISTINA WILSON and ETHAN WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>LUIS FLORENTINO, OPERA WINE IMPORTS, LLC., and TIMOTHY LANIGAN,<br><br>Defendants. | Civil Case No.<br><br>**<u>COMPLAINT</u>** |

COMES NOW THE PLAINTIFFS, ROSEMARIE GOODALL, CHRISTINA WILSON and ETHAN WILSON, by their attorney, Adam S. Handler, Esq., of Pollack, Pollack, Issac & DeCicco, LLP, for their complaint against defendants LUIS FLORENTINO, OPERA WINE IMPORTS, LLC. and TIMOTHY LANIGAN alleging as follows:

## NATURE OF THE CASE

1. This is an action against Defendants LUIS FLORENTINO and OPERA WINE IMPORTS, LLC. for personal injuries and economic losses suffered by the Plaintiff in connection with an automobile accident on the New Jersey

Turnpike (I-95 North) near milepost 120 in Bergen County, New Jersey on March 29, 2024.

**PARTIES**

2. Plaintiff, ROSEMARIE GOODALL, is a resident of the County of Bronx, City and State of New York.

3. Plaintiff, CHRISTINA WILSON, is a resident of the Town of West Hempstead, County of Nassau, State of New York.

4. Plaintiff, ETHAN WILSON, is a resident of the County of Bronx, City and State of New York.

5. Defendant LUIS FLORENTINO is a resident of the County of Burlington, State of New Jersey.

6. Defendant OPERA WINE IMPORTS, LLC. (hereinafter "OPERA WINE IMPORTS") is a domestic limited liability company duly authorized to conduct business in the State of New Jersey.

7. Defendant OPERA WINE IMPORTS maintains its principal place of business in Burlington County, New Jersey.

8. Defendant TIMOTHY LANIGAN is a resident of the County of Fairfield, State of Connecticut.

**JURISDICTION AND VENUE**

9. The jurisdiction of this Court is predicated upon diversity of citizenship pursuant to 28 U.S.C. §1332, 28 U.S.C., §1391 (a)(2) and 28 U.S.C.

§1391 (b)(2) as the dispute involves parties from different States, damages are in excess of this Court's jurisdictional limits and a substantial part of the events or omissions giving rise to the claim occurred in the State of New Jersey.

10. This Court has venue over this action pursuant to 28 U.S.C. § 1391(b)(2), because a substantial part of the events or omissions giving rise to the plaintiff's claims occurred in this district, specifically Leonia Borough, Bergen County, New Jersey.

## FACTUAL ALLEGATIONS

11. On March 29, 2024, Defendant OPERA WINE IMPORTS was the registered owner and/or lessee of a motor vehicle bearing New Jersey license plate number U13KZA.

12. On March 29, 2024, Defendant LUIS FLORENTINO was operating the aforementioned vehicle.

13. On March 29, 2024, Defendant LUIS FLORENTINO was operating the aforementioned vehicle with the permission and consent of Defendant OPERA WINE IMPORTS.

14. On March 29, 2024, Defendant LUIS FLORENTINO was an employee of Defendant OPERA WINE IMPORTS.

15. On March 29, 2024, Defendant LUIS FLORENTINO was operating the aforementioned vehicle in the course and scope of his employment with OPERA WINE IMPORTS.

16. The aforementioned vehicle operated by Defendant LUIS FLORENTINO was a commercial vehicle insured under a commercial insurance policy.

17. On March 29, 2024, Defendant TIMOTHY LANIGAN was operating a motor vehicle bearing New York license plate KJZ3056.

18. On March 29, 2024, Plaintiff ROSEMARIE GOODALL was the operator of a motor vehicle bearing New York license plate DYL2204.

19. On March 29, 2024, Plaintiff CHRISTINA WILSON was a passenger in the vehicle operated by Plaintiff ROSEMARIE GOODALL.

20. On March 29, 2024, Plaintiff ETHAN WILSON was a passenger in the vehicle operated by Plaintiff ROSEMARIE GOODALL.

21. On March 29, 2024, the front of the vehicle operated by Defendant LUIS FLORENTINO came into contact with the rear of the vehicle operated by Defendant TIMOTHY LANIGAN.

22. That as a result of the aforementioned contact, the vehicle operated by Defendant TIMOTHY was pushed and/or propelled forward into the vehicle operated by Plaintiff ROSEMARIE GOODALL.

23. That at the time of the aforementioned contact, Defendant LUIS FLORENTINO was operating his vehicle in furtherance of the business interests of Defendant OPERA WINE IMPORTS.

24. The aforesaid incident occurred on the New Jersey Turnpike (I-95 North) near milepost 120 in Bergen County, New Jersey.

25. By reason of the foregoing incident, Plaintiffs ROSEMARIE GOODALL, CHRISTINA WILSON and ETHAN WILSON sustained personal injuries.

26. As a direct and proximate result of the aforesaid collision, Plaintiffs, ROSEMARIE GOODALL, CHRISTINA WILSON and ETHAN WILSON, have sustained a serious personal injury as defined in N.J.S.A. 39:6A-8(a) and has incurred and in the future will incur expenses for the treatment of said injuries, has been disabled and in the future will be disabled and unable to perform usual functions, has been caused and in the future will be caused great pain and suffering, to their great loss and damage.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs ROSEMARIE GOODALL, CHRISTINA WILSON and ETHAN WILSON hereby demand a trial by jury as to all issues triable by jury in the above-captioned civil action.

## PRAYER FOR RELIEF

WHEREFORE the Plaintiffs pray for the following relief:

A. A judgment declaring that the Defendants are liable to the Plaintiffs, as alleged herein;

B. An award of compensatory damages, in an amount to be proved at trial;

C. Pre-judgment and post-judgment interest, as authorized by law;

D. Attorney's fees, costs, and disbursements, as authorized by law; and

E. All other relief that the plaintiff may be entitled to under law, or as justice may require.

Dated: May 29, 2025
New York, New York

Respectfully submitted,

*Adam S. Handler*

By: ______________________________

ADAM S. HANDLER (AH 3990)
Pollack, Pollack, Isaac & DeCicco, LLP
250 Broadway, Suite 600
New York, NY 10007
Tel: (212) 233-8100
Fax: (212) 233-9238
Email: ash@ppid.com
Website: www.ppid.com

Attorneys for ROSEMARIE GOODALL, CHRISTINA WILSON and ETHAN WILSON